AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Azrack, Joan M. | US District Court East Dist NY | 10/21/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge-full time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
225 Cadman Plaza East Room 333
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | 2012 Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking New York, NY (see VIII) | A | Interest | J | T | | | | | |
| 2. (Intentionally left blank) | | | | | | | | | |
| 3. Merck & Co Inc | A | Dividend | | | Sold | 05/07/12 | J | D | |
| 4. Asia Tigers Fund Inc | A | Dividend | | | Sold | 05/07/12 | K | A | |
| 5. Blackrock Real Asset Equity Tr | B | Dividend | | | Sold | 05/07/12 | J | A | |
| 6. Blackrock Intl Growth & Inc Tr | B | Dividend | | | Sold | 05/07/12 | J | A | |
| 7. Citibank NA Personal Banking, New York, NY (see VIII) | A | Interest | K | T | | | | | |
| 8. Templeton Emerging Markets Fund Inc | A | Dividend | | | Sold | 05/07/12 | L | E | |
| 9. Advantage Bank Deposits (IRA) | A | Interest | J | T | | | | | |
| 10. Western Asset Citi Liquid Reserve (see VIII) | A | Dividend | J | T | | | | | |
| 11. Western Asset Citi New York Tax Free Reserves (see VIII) | A | Interest | J | T | | | | | |
| 12. SSGA Prime Money Market (IRA) (see VIII) | A | Distribution | J | T | Buy | 05/14/12 | O | | |
| 13. Fid VIP Equity Incm Port Nationwide Ann Contract (see VIII) | A | Dividend | L | T | | | | | |
| 14. Fid VIP Growth Port Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 15. Fid VIP Overseas Port Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 16. Fid VIP2 Asset Mgr Port Nationwide Ann Contract (see VIII) | A | Dividend | L | T | | | | | |
| 17. Pimco Low Duration Fund Intl (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Total Ret Fund (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |
| 19. Opp Global Sec Fnd/Va Nationwide Ann Contract (see VIII) | A | Dividend | K | T | | | | | |
| 20. GNMA Pass Thru Pool Dtd 11/1/86, due 10/15/2016 (see VIII) | A | Interest | | | Redeemed | 04/16/12 | J | A | |
| 21. Fidelity Blue Chip Fund - Fidelity 401(k) (see VIII) | A | Dividend | K | T | Sold (part) | 05/04/12 | L | C | |
| 22. Fidelity Diversified Intl - 401(k) (see VIII) | A | Dividend | L | T | Sold (part) | 05/04/12 | L | A | |
| 23. Fidelity Freedom 2020 Fund - 401 (k) (see VIII_ | A | Dividend | K | T | Sold (part) | 05/04/12 | K | A | |
| 24. Fidelity Contrafund - 401(k) (see VIII) | B | Dividend | M | T | Sold (part) | 05/04/12 | M | E | |
| 25. Fidelity Grow & Inc - 401(k) (see VIII) | A | Dividend | L | T | Sold (part) | 05/04/12 | M | A | |
| 26. Fidelity Value Fund - 401 (k) (see VIII) | A | Dividend | K | T | Sold (part) | 05/04/12 | K | A | |
| 27. Fidelity Retire Mmkt - 401(k) (see VIII) | A | Dividend | L | T | Sold (part) | 05/04/12 | L | A | |
| 28. JP Morgan Growth & Income "A" shares | A | Dividend | J | T | | | | | |
| 29. JP Morgan Intl Opps Fund "A" shares | A | Dividend | J | T | | | | | |
| 30. Walt Disney Co | A | Dividend | J | T | | | | | |
| 31. Alliance NY Muni Income Fund | C | Dividend | L | T | | | | | |
| 32. NVIT Money Market I Nationwide Annuity Contract (see VIII) | A | Dividend | K | T | | | | | |
| 33. Adv NY T/E Liquidity Fund | A | Dividend | J | T | | | | | |
| 34. Medco Health Solutions Inc | A | Dividend | | | Sold | 04/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (Fidelity) Am Cent Equity Inc - 401(k) (see VIII) | A | Dividend | K | T | Sold (part) | 05/04/12 | J | A | |
| 36. Eaton Vance Insured NY Municipal Bond Fd | C | Dividend | L | T | | | | | |
| 37. Kinetics Paradigm Adv Cl C | A | Dividend | L | T | | | | | |
| 38. Eaton Vance Tax-Managed Buy writ Fund | A | Dividend | J | T | | | | | |
| 39. Kinetics Paradigm Adv Cl C (IRA) | A | Dividend | K | T | | | | | |
| 40. ING Global Equity Dividend & Premium Oppty Fund (IRA) | A | Dividend | K | T | | | | | |
| 41. Fidelity Investment Gr Bond Fd (401k) (see VIII) | A | Dividend | L | T | Sold (part) | 05/04/12 | M | D | |
| 42. New York 529 Coll Saving Pgrm Grth Portfolio (see VIII) | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 43. New York 529 Coll Saving Pgrm Infl Prtct Sec Port (see VIII) | A | Dividend | J | T | | | | | |
| 44. New York 529 Coll Saving Pgrm Aggr Growth Port (see VIII) | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 45. New York 529 Coll Saving Pgrm Growth Port (see VIII) | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 46. New York 529 Coll Saving Pgrm Small Cap Port (see VIII) | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 47. New York 529 Coll Saving Pgrm Conserv Growth Port (see VIII) | A | Dividend | J | T | | | | | |
| 48. Vanguard High Yield Corp (IRA) | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 49. Kinetics Paradigm Adv C (IRA) | A | Dividend | J | T | | | | | |
| 50. Vanguard Short Term Invt Grade (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |
| 51. Northwestern Mutual Life whole policy | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Advantage Offshore Liquidity Fund (IRA) | A | Dividend | J | T | | | | | |
| 53. | First Tr Strategic High Income Fd (IRA) | A | Dividend | J | T | | | | | |
| 54. | AT&T Inc. | A | Dividend | | | Sold | 05/07/12 | J | B | |
| 55. | Vanguard Intm Term Invt Grade (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |
| 56. | Fidelity Freedom 2010 Fund (401k) (see item 64 and VIII | A | Dividend | J | T | Sold (part) | 05/04/12 | J | A | |
| 57. | GRTMR NVIT INTL EQ 3 Nationwide Ann. Contract (see VIII) | A | Dividend | J | T | | | | | |
| 58. | NVIT Mult-Mgr Intl Gr 3 Nationwide Ann. Contract (see VIII) | A | Dividend | J | T | | | | | |
| 59. | JP Morgan 3150/Mid Cap Growth - A | A | Dividend | J | T | | | | | |
| 60. | OPP NVIT LGCAP GR1 Nationwide Ann. Contract (see VIII) | A | Dividend | K | T | | | | | |
| 61. | Invesco NY Quality Mun Secs Com | A | Interest | K | T | | | | | |
| 62. | Black Rock Mid Cap Value Equity C (IRA) | A | Dividend | J | T | | | | | |
| 63. | Black Rock Mid Cap Value Equity C (IRA) | A | Dividend | J | T | | | | | |
| 64. | Advantage Bank Deposits (IRA) (see VIII) | A | Interest | K | T | | | | | |
| 65. | (Intentionally left blank) | | | | | | | | | |
| 66. | Columbia Midcap Value Fund (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |
| 67. | FMI Large Cap Fund (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |
| 68. | Jensen Quality Gr (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Odyssey Growth (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |
| 70. T Rowe Price Small Cap Stock Fund (IRA) | A | Distribution | L | T | Buy | 05/24/12 | K | | |
| 71. Vanguard Extended Market Index (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |
| 72. Vanguard 500 Index Fund (IRA) | A | Distribution | L | T | Buy | 05/24/12 | L | | |
| 73. Harbor Intl Inv (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |
| 74. Scout Intl (IRA) | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 75. Vanguard Intl (IRA) | A | Distribution | K | T | Buy | 05/18/12 | K | | |
| 76. Harbor Intl Inv | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 77. Odyssey Growth | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 78. Odyssey Agg Growth | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 79. Vanguard Intl | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 80. Vanguard Sig Ext Mkt | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 81. Columbia Mid Cap | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 82. FMI Large Cap | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 83. Jensen Quality Gr | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 84. Vanguard Sign Index 500 | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 85. Pimco Low Dur | A | Distribution | K | T | Buy | 05/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Total Return | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 87. Vanguard High Yield | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 88. Vanguard Muni Intermed | A | Distribution | J | T | Buy | 05/24/12 | J | | |
| 89. Vanguard Muni Limited | A | Distribution | K | T | Buy | 05/24/12 | K | | |
| 90. SSGA Prime Money Market (see VIII) | A | Distribution | J | T | Buy | 05/17/12 | M | | |
| 91. New York 529 College Savings Prgm Mld-Cap Port (see VIII) | A | Dividend | J | T | Buy | 01/04/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 10/21/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transactions reported in Section VII Column D do not include securities automatically purchased during the year with dividend reinvestments.

Section VII, Items 1 and 7: Citibank NA Personal Banking Item 1 is a ⬚ checking account which had balances that fluctuated between value codes J and M during 2012; funds were replenished and withdrawn according to liquidity needs. Item 7 is a separate individual checking account in which balances also fluctuated during 2012; but the balances never exceeded value code K.

Section VII, Items 10 & 11: Western Asset.Citi Liquid Reserve and Western Asset/Citi New York Tax Free Reserves are money market funds. During 2021, Item 10 had balances that fluctuated between value codes J and M with funds being replenished or withdrawn according to liquidity needs. Balances in Item 11 also fluctuated during the year but they never exceeded value code J.

Section VII, Item 12: This is a money market account into which funds equal to value code O were deposited on 5/14/12, after which the deposited money market funds were used on 5/18/18 and 5/24/12 to make initial purchases of numerous other investments, the purchases of which are separately identified in Section VII.

Section VII, Items 13 thru 16, 19, 32, 57, 58 and 60: as in prior years, during 2012 ⬚ held investments in numerous funds available under a Nationwide variable annuity fund contract. There were no transfers between or withdrawals from those accounts during the reporting year. Also, based on a review of filing instructions, it appears these Nationwide variable annuity fund Items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A")

Section VII, Items 21 thru 27, 35, 41 and 56: As in prior years, during 2012 ⬚ held investments in numerous funds available under his firm's 401 (k) plan and made additional 401k contributions to the plan in amounts which, in the aggregate, fell within value code K. It appears that the 2011 Report inadvertently listed the ⬚ 401(k) investment in Fidelity Freedom 2010 Fund twice (see Items 56 and 65 of 2011 Report). The inadvertent duplication has been eliminated in this 2012 Report. Also, based on a review of filing instructions, it appears these 401(k) fund Items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A"). Finally, it appears the 2011 Report inadvertently reported in column b1 of item no 41 income of D value; it should have report income value of B.

Section VII, Item 33: This is a liquid fund with balances that fluctuated as high as value code L during 2012. Balances in the liquid fund were used in May 2012 to make distributions that funded other investments, the purchases of which are separately identified in Section VII.

Section VII, Items 42 thru 47 and 91: During 2012, investments were held ⬚ in New York 529 College Savings Program funds set up by ⬚ . During 2012, certain funds were distributed out of Items 43 and 45 to make qualified payments toward ⬚ college tuition and board. These distributions toward college tuition and board were made at various times in the latter half of 2012; the distributions aggregated a total amount that falls within value code. J. Also, based on a review of filing instructions, it appears these 529 plan fund Items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A")

Section VII, Item 90: This is a money market account into which funds equal to value code M were deposited on 5/17/12, after which the deposited money market funds were used on 5/24/12 to make initial purchases of numerous other investments, the purchases of which are separaately identified in Section VII.

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

Azrack, Joan M.

Date of Report

10/21/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan M. Azrack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544